897 So.2d 604 (2005)
Truyen TRAN and Truc Nguyen
v.
FARMERS AND MERCHANTS INSURANCE COMPANY, Potter Transport, Inc. and Philip Lee Kramel.
No. 2005-C-0147.
Supreme Court of Louisiana.
April 1, 2005.
In re Nguyen, Truc;  Plaintiff; Applying for Writ of Certiorari and/or Review, Parish of Jefferson, 24th Judicial District Court Div. L, No. 569-987; to the Court of Appeal, Fifth Circuit, No. 04-CA-793.
Denied.
CALOGERO, C.J., would grant the writ.
KIMBALL, J., would grant the writ.